COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



IRMA ARRIAGA,


 Appellant,


v.


TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00163-CV
 


Appeal from the


112th District Court


of Pecos County, Texas


(TC# P-10,610-112-CV)


MEMORANDUM OPINION

 Pending before the Court is the motion of Irma Arriaga, Appellant, to dismiss this appeal for
the reason that the parties have settled all matters in controversy in the underlying lawsuit. Appellee
has not objected to the motion and there is no indication that dismissal would prevent Appellee from
seeking relief to which it would otherwise be entitled. See Tex. R. App. P. 42.1(a)(1). We therefore
grant the motion and dismiss the appeal with prejudice. Each party shall bear its own costs pursuant
to the settlement agreement.


 KENNETH R. CARR, Justice

October 2, 2008


Before Chew, C.J., McClure, and Carr, JJ.